IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 1:07CR20-CSC |
| v. | [18 U.S.C. 641] |
| KWANG HUI GERKEN | INFORMATION |

The United States Attorney charges that:

On or about the 15th of October 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, KWANG HUI GERKEN did knowingly steal, purloin, conceal and retain, with intent to convert to her use or use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: lipstick, in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

*[signature]*
NATHAN T. GOLDEN
SPECIAL ASSISTANT U.S. ATTORNEY
VA BAR NO. 48323
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9708

STATE OF ALABAMA ) AFFIDAVIT
)
DALE COUNTY )

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. Investigation revealed that at approximately 2 P.M., October 15th, 2006, Jason White, a PX employee, observed a woman pick up a lipstick tube and put it in her purse. The woman left the store without rendering proper payment. The woman, identified as KWANG HUI GERKEN, was detained, and the lipstick was discovered in her purse. She was transported to the military police station for further processing. The items were later returned to the PX.

JONATHAN D. GAZSO, SPC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this 30 day of January 2007.

NOTARY PUBLIC

My commission expires: 13 DEC 2010