IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIM. NO.  1:07cr20-CSC |
| | ) | |
| KWANG HUI GERKEN | ) | |

**ORDER**

The court having set this case for trial on the July 9, 2007 term, it is

**ORDERED** that a final pretrial conference be and is hereby set for **June 18, 2007 at 1:00 p.m.** in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 10th day of May, 2007.

       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE