IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07cr20-CSC |
| | ) | |
| KWANG HUI GERKEN | ) | |

**UNOPPOSED MOTION TO AMEND**

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. On February 21, 2007, an Information was filed on the above named individual. In the Information, Gerken was charged with theft of lipstick. The United States respectfully moves to amend the Information to include theft of eyeshadow as well as the lipgloss.

2. Defense counsel for Defendant Gerken has been contacted and he has no objections to this amendment.

Respectfully submitted this 1st day of June, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/Kent B. Brunson
        KENT B. BRUNSON
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>KWANG HUI GERKEN      ) | CR. NO. 1:07cr20-CSC |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 1, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Don W. Bethel, Esquire.

    Respectfully submitted,

/s/Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov