IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:07CR20-CSC |
| | ) | |
| KWANG HUI GERKEN | ) | |

**ORDER**

Upon consideration of the unopposed motion to amend (doc. # 11) filed by the United States, it is

ORDERED that the motion be and is hereby GRANTED.

Done this 4th day of June, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE