## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:07-cr-020-CSC |
| | ) | |
| KWANG HUI GERKEN | ) | |

## MOTION TO CONTINUE TRIAL

**NOW COMES** the Defendant, **KWANG HUI GERKEN**, by Undersigned Counsel, Donnie W. Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter from the July trial term. In support of this Motion, Ms. Gerken would show the following:

1. Ms. Gerken's case is now set for trial on July 9, 2007.

2. While Ms. Gerken does speak some English, she does not speak English as a first language. Undersigned Counsel has spoken with Ms. Gerken several times in an attempt to explain to her federal criminal procedure as it applies to her case, and to discuss the facts and circumstances surrounding the charged conduct in this case. Undersigned Counsel has finally determined that he will not be able to accomplish these tasks satisfactorily without the aid of an interpreter who speaks Korean.

2. Undersigned Counsel will be out of the State of Alabama from June 21 through July 4, 2007, and he will be unable to meet with Ms. Gerken and an interpreter until the week of July 9, 2007.

3. Therefore, Ms. Gerken moves this Court to continue her trial from the July trial

term to give her adequate time to properly prepare for trial.

  4.  The United States, through Special Assistant United States Attorney Nate Golden, does not oppose this Motion.

  6.  A continuance in this case would serve the ends of justice.

  **WHEREFORE**, for the reasons set forth above**,** the Defendant moves this Court to issue an Order continuing this case from the July 9, 2007, trial term.

  Dated this 20th day of June, 2007.

              Respectfully submitted,

              s/ Donnie W. Bethel
              DONNIE W. BETHEL
              Assistant Federal Defender
              201 Monroe Street, Suite 407
              Montgomery, Alabama 36104
              Phone: (334) 834-2099
              Fax: (334) 834-0353
              E-mail:don_bethel@fd.org
              IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 1:07-cr-020-CSC |
| ) | |
| KWANG HUI GERKEN ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent B. Brunson, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104 and Nathan T. Golden, Special Assistant U.S. Attorney, Office of the Staff Judge Advocate, Soldier Service Center, Building 5700, Fort Rucker, Alabama 36362.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49