```
        IN THE DISTRICT COURT OF THE UNITED STATES
           FOR THE MIDDLE DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  CR. NO. 1:07CR00020-CSC |
| | ) |
| KWANG HUI GERKEN | ) |
| | ) |

### UNITED STATES' NOTICE OF APPEARANCE OF COUNSEL

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Special Assistant United States Attorney Emily M. Ruisanchez, who will be serving as counsel of record for the United States in this matter.

Respectfully submitted this the 8th of August, 2007.


                        LEURA GARRETT CANARY
                        UNITED STATES ATTORNEY



                        /s/ Emily M. Ruisanchez
                        EMILY M. RUISANCHEZ
                        Special Assistant United States Attorney
                        Soldier Service Center, Bldg.5700
                        Fort Rucker, Alabama 36362
                        Telephone: (334) 255-9141
                        Fax: (334) 255-1869
                        Email: emily.ruisanchez@us.army.mil

```
              IN THE DISTRICT COURT OF THE UNITED STATES
                 FOR THE MIDDLE DISTRICT OF ALABAMA
                          SOUTHERN DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:07CR00020-CSC |
| | ) | |
| KWANG HUI GERKEN | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Don Bethel, Attorney for Kwang Hui Gerken, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Kwang Hui Gerken, 157 Maegan Circle, Midland City, Alabama 36350.

```
                          Respectfully submitted,

                          LEURA GARRETT CANARY
                          UNITED STATES ATTORNEY



                          /s/ Emily M. Ruisanchez
                          EMILY M. RUISANCHEZ
                          Special Assistant United States Attorney
                          Soldier Service Center, Bldg. 5700
                          Fort Rucker, Alabama 36362
                          Telephone: (334) 255-9141
                          Fax: (334) 255-1869
                          Email: emily.ruisanchez@us.army.mil
```