### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:07-cr-020-CSC |
| | ) | |
| KWANG HUI GERKEN | ) | |

### SECOND MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **KWANG HUI GERKEN,** through Undersigned Counsel, Donnie Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter from the September 17, 2007 Trial Docket. In support of this motion, the Defendant would show the following:

1. Ms. Gerken speaks some English. After several attempts to discuss this case with Ms. Gerken, Undersigned Counsel concluded that he would have to speak to Ms. Gerken with the help of a Korean interpreter. After locating a Korean interpreter, Undersigned Counsel met with Ms. Gerken in July and thoroughly discussed her case. Undersigned Counsel then engaged in negotiations with Special Assistant United States Attorney Captain Emily Ruisanchez in an effort to persuade the United States to dismiss this case.

2. After it was finally determined that the United States would not dismiss the case, on August 10, 2007, Ms. Gerken submitted a request for pretrial diversion, which request has been discussed and coordinated with Captain Ruisanchez and with Assistant United States Attorney Kent Brunson. Captain Ruisanchez recommended approval of this request and forwarded it to the United States Attorney's Office. AUSA Brunson recommended approval of the request and forwarded to the Chief of the Criminal Division.

This request was still pending approval in United States Attorney's Office.

    3.       It is unlikely this case will be disposed of prior to the scheduled trial date.

    4.       For the foregoing reasons, Captain Ruisanchez concurs with Ms. Gerken's Motion to Continue.

**WHEREFORE**, Defendant respectfully requests that this Motion to Continue be granted.

Dated this 31st day of August, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   Case No.: 1:07-cr-020-CSC |
| | ) |
| **KWANG HUI GERKEN** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Esq.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Emily Ruisanchez
Department Of The Army
Office of Staff Judge Advocate
Military Justice (ATZQ-SJA-MJ)
Bldg. 5700, Novosel Street
Fort Rucker, AL 36362

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49