IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 1:07CR-20-CSC |
| | ) | |
| KWANG HUI GERKEN | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the trial previously set in the above-case for November 6, 2007 be and is hereby **RESET** for **November 5, 2007** in courtroom 4B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 4th day of September, 2007.

　　　　　　　　　　　　　　　　/s/Charles S. Coody　　　　　　　　　
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE