**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                            ) | Case No.: 1:07-cr-020-CSC |
| ) | |
| KWANG HUI GERKEN                          ) | |

### THIRD MOTION TO CONTINUE TRIAL

**COMES NOW** the Defendant, **KWANG HUI GERKEN,** through Undersigned Counsel, Donnie Bethel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter from the November 5, 2007, trial term. In support of this motion, the Defendant would show the following:

1.   Since the Court last continued this case in August, the United States Attorney approved Ms. Gerken's request for pretrial diversion. The case was then forwarded to United States Probation Officer Robert Pitcher for investigation. That investigation is substantially complete.

2.   While it is possible that the investigation will be finally completed and this case dismissed prior to the scheduled trial date of November 5th, it is unlikely.

3.   For the foregoing reasons, Special Assistant United States Attorney Captain Emily Ruisanchez and Assistant United States Attorney Kent Brunson concur with Ms. Gerken's Motion to Continue.

**WHEREFORE**, Ms. Gerken respectfully requests that this Motion to Continue be granted.

Dated this 26th day of October, 2007.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case No.: 1:07-cr-020-CSC |
| | ) |
| KWANG HUI GERKEN | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Esq.
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Emily Ruisanchez
Department Of The Army
Office of Staff Judge Advocate
Military Justice (ATZQ-SJA-MJ)
Bldg. 5700, Novosel Street
Fort Rucker, AL 36362

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49