**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | **CR. NO. 1:07CR-20-CSC** |
| | ) | |
| **KWANG HUI GERKEN** | ) | |

**ORDER**

On October 26, 2007, the defendant filed a *Third Motion to Continue Trial* in this case (Doc. #22) . The government does not oppose the motion. Upon consideration of the motion, the court concludes that the motion should be granted.

While the granting of a continuance is left to the sound discretion of the court, the Speedy Trial Act places limits on that discretion. See. 18 U.S.C. §1361. Under the act, the trial of a defendant must case shall commence within 70 days of the date of the indictment or the date the defendant appeared before a judicial officer, whichever is later. 18 U.S.C. §3161(c)(1). ***See United States v. Vasser***, 916 F.2d 624 (11th Cir. 1990). The Act excludes from this 70-day period any continuance that the judge grants "on the bases of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial". 18 U.S.C. §3161(h) (8) (A).

In this case, the defendant has applied for pretrial diversion from the United States Attorney. Her request remains pending and her eligibility for pretrial diversion is being investigated. Requiring a trial under these circumstances is not beneficial to the parties or the

public.

The government does not object to a continuance. The court concludes that the ends of justice served by continuing this case outweigh the interests of the public and the defendant in a speedy trial.

Accordingly, it is hereby

**ORDERED** that the *Motion for Continuance* (doc. #22) filed by the defendant be **GRANTED**. It is further

**ORDERED** that this case be and is hereby continued for jury selection on and trial during the term beginning on **January 14, 2008.** This is the third continuance of this matter; absent extraordinary circumstances, no further continuances will be granted.

Done this 29th day of October, 2007.

      /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE